### LETTERS OF SUPPORT
### FOR STEPHEN B. HERNDON
### 2:14-CR-00110

1.  Stephen B. Herndon

2.  Misha Herndon

3.  David and Wanda Herndon

4.  Regina Vance, Beth Haven Christian School

5.  Cpl. Joey Robinson

6.  Randall Cox

7.  Jackie Justice

8.  Benjamin M. Herndon

9.  Hunter Podunavac

10. Crystal Bryant

11. David Hill, II

12. James "Diddy" Podunavac

13. Mike Stone

14. Randal S. Vance

15. Anthony L. Page, Sr.

16. Fred and Jackie Runyon

17. Raymond Dingess

18. David Vance

19. Shanna Porter

20. Rick Workman

October 7, 2014

Stephen B. Herndon
PO Box 354
Holden, WV 25625

Re: Stephen B. Herndon

The Honorable Judge Johnston,

Hello Your Honor. It's probably strange for you to receive a letter from a person that you are about to Sentence, but I wanted to provide you the opportunity to know me a little more. I didn't want to take up a lot of your time at sentencing. Plus, after going through this complete experience, I've found that you are provided a lot of information that makes criminals look like, for lack of a better term, criminals. I done wrong Your Honor, and as you probably already know, I was one of the first to come in and fully admit my guilt. I know this will sound strange, but it made me feel like a better man to be able to rid myself of the hidden behaviors that I participated in. I think it's appropriate that I describe three periods in my life; life before my crime, life during my crime, and life after my crime. I'll be as brief as possible and still be detailed.

My life before my crime was simple, productive, and rewarding. My childhood was an excellent one. My parents were ideal parents that enforced many rules, all while making sure I had what I needed to have an enjoyable childhood. The worst part of my childhood was an accident I was involved in that required multiple skin graft surgeries. I was severely burnt in a restaurant, when a waitress dropped boiling water on me. It was a minor setback, but I recovered fully with some really bad scars. Some of the best parts of my childhood included sports, specifically baseball and basketball. I eventually quit sports after my burn accident, due to the severe scaring on my legs. Kids were cruel and asked a lot of questions. Hunting became my true love when it came to sports, and it still is. Hunting with my dad and grandfather was what I loved. My father had a hunting camp in Pocahontas County. The most memorable times of my childhood are recollections of trips to that cabin. I would give everything I owned to have one more trip to that cabin with my dad and grandfather. Now those trips consist of dad, me and my son. We have a blast up there. No television, no telephone, no running water, nothing but time to bond. In my later school years, I met a girl that I fell in love with, and still to this day, I love her more than life itself. We began our journey as two kids that come from unbelievable family's that encouraged the strongest morals possible. A lot of the other kids we hung out with couldn't understand why we didn't drink, smoke or chew and why we had to leave all the fun and go home at a certain time. It was because our parents loved us and gave us curfews. After about four years of dating, my wife Misha and I got married. From our marriage, came two beautiful children that I will tell you about later. My wife and I have shared a story book marriage. We argue very rarely, and we support each other in all aspects of life. She has been my number one fan from the beginning to now, and I am her number one fan as well. I regularly reflect on our marriage and what a blessing it has been. We bought a double-wide trailer and placed it on my parents land when we got married. This is where both of my kids started their



EXHIBIT

1

lives. It was a small house, but the memories we created in that house are enormous! I still drive by and see the little tree stands my son built and it gives me the most loving feeling. I am a very avid archery hunter, and my son has tried to be like me since he was old enough to walk. I remember carrying him through the woods shed hunting when he could hardly walk in a pair of boots. My wife and I built a home and moved in to it in 2009. That is where we reside today with our two children. My life leading up to that crime was picture perfect. My wife and I both received college educations, went to work, had children of which we love and provide for, built a home, and surrounded ourselves with loving family and friends.

I want to tell you about my children and their accomplishments so far in life. My first born is a 12 year old boy. He attends Beth Haven Christian School where he is in seventh grade. He too played baseball and basketball as a youth. He decided basketball was his favorite, so that is what we concentrated on. He is around 6" to 8" shorter than most kids his age, so the basketball thing didn't work out well! I coached him and tried to inspire him to try harder, but it just wasn't meant for him to play basketball. That led us to Archery. He absolutely loves to hunt. At eleven years of age, he killed his first big buck with a bow. It was a 120" 8 point. He also began shooting archery competitively, and he has really accomplished a lot. This past year, he competed as a 6th grader, which is grouped with 7th and 8th graders as well, so he was on the low end of his group. He won several local tournaments and went on to win the WV State Tournament at the Charleston Civic Center. He is the 2014 NASP WV State Champion in the middle school division. He also represented West Virginia in the National Tournament in Louisville, KY and in the World Tournament in Madison, WI. Needless to say, my wife and I have spent many hours practicing with him. He attends a very small Christian School, and it has allowed me to work with not only him, but other kids as well. Their archery program is really starting to make great strides. My son is an excellent young man, has receives a great Christian education, and excels at whatever he puts his mind to. His archery skills are tremendous, and we are researching colleges that have archery programs in hoping that one day he will receive a scholarship for his archery skills.

My daughter is now six years old. She attends first grade at Beth Haven Christian School as well. As she begins her journey through life, she has been involved in competitive gymnastics/cheerleading. She is cute as button and full of a ton of energy! Her cheer team travels all over the east coast participating in events. Her team has won first place in nearly every event they participated in. In May, they won the 2014 US Finals Championship in Virginia Beach, Va. Her mother and I run continuously with her to practices four to five days a week. Our home literally becomes a training facility in the fall and winter! Setting beside my fireplace was an archery target. Every evening my son would shoot from the front door to the fireplace. He practiced 10 meters and 15 meters in the house. In my living room floor is a gym mat that my daughter practices on daily. I know more about back hand springs, backbend kick overs, and cartwheels, than I ever intended on knowing! Our days with our children begin when they get home from school, reviewing what grades they made, going over what they learned that day, having dinner together, and then practicing archery and gymnastics, and I end the day by lying down with my children in their beds and talking to them. My wife and I love our kids and we know no boundaries when it comes to them. We provide them with the best Christian education we can and we encourage them to be academically strong as well as athletically involved to help grow their social skills.

Our life with our children has been such a blessing. To have a great marriage with a wonderful wife, and to have great children, I humbly wonder at times what I done to deserve such good fortune. But then along came the time I was involved in my crime. Most crimes are ended by the discovery of the crime, but the one good thing I can say about my crime is that we stopped long before it was discovered. There was a 3.5 year time period in my life that was a deep, dark, scary part of my life. I won't list the details of my crime, as they are noted in the letter I provided Mrs. Jones, my Probation Officer. She submitted it to the Court with my PSIR. I don't want to waste your time by having you read it again. This time period caused me to become distanced from my family away from home, and also my friends. I didn't want to go out in public, I just wanted to stay home and worry about my situation all the time. I'm sure I was irritable with the people around me. It is a spot, Your Honor, which I will never find myself in again. I was so ashamed of myself, and I still am very embarrassed over it. It was a feeling that is so hard to explain to someone that has never gone through it. I felt so worthless, fake, intimidated and not very proud at all. I felt like everyone in the world knew about it and thought bad of me. I'm so glad this time has passed.

My life after the crime is still progressing. I have found that those who truly love you in life will show that during your toughest moments. I have been surrounded by a group of people that have really supported me. My wife has been an unbelievable support person through this. If it wasn't for her and my children, I don't know that I could deal with what I've done. My parents, my neighbors and friends have all been there for me and have showed me that there is life after my mistake. It has been such a relief to get all of this behind me, but it has been a long road getting to the Sentencing day.

My poor decision to do what I did has led to so many negative consequences. I think it had a bigger negative impact on me due to the way I lived life. My wife and some of my friends have referred to me as the "fun police" in the past because I don't like to be around crazy or risky environments. I never did, as a kid or as an adult, like to be around places where there could be trouble. I don't like being around people drinking alcohol, and I don't associate with anyone that would even consider using drugs. I still don't understand how I let myself get in the position I was in.

Both businesses that I had are not productive. I am no longer a part of Tri State Mine Service and my other business, American Electric, is all but gone. In the last five months, we have done less than $4,000.00 in business. My partner and I are trying to decide if we want to try to make it last or to dissolve it all together. It is a complete financial loss at this point. I do have a dream though that I have been researching the last few months. I would like to start an Urgent Care Clinic in Logan. Our local hospital, Logan Regional Medical Center, does not operate a very smooth Emergency Room, and they are the only after hour's option in our area. Most people in our area drive to Charleston when they need medical attention due to the fact that LRMC's emergency room will make you wait over five hours to see a physician. I would like to help the people of Logan be able to see a physician in less than 20 minutes and at 20% of the cost of an ER visit. As the job market keeps dwindling in Logan, and I now have the dreaded Felony tag, creating myself a job, through business, may be my only option at this point.

A lot has happened as a result of my actions. First, and most important to me, is that my kids (mostly my son due to his age,) know that their father has done wrong. Explaining to my son what I had done was the hardest thing I've ever done. Seeing him come home from school and tell us about other kids asking about his dad going to jail, it torments my heart. I will spend the rest of my days on this earth trying to make it right to my family. The loss of my lively hood is also a drastic loss. My partners and I done very well for a couple years and now that has come to an end. I don't feel like our business will ever recover in our area due to our names being associated with unethical business practices. Loss of Firearms is a huge one for me. I've always been a strong supporter of the Second Amendment to the United States Constitution. I have now lost my right to keep and bear arms. This also affects my family as now I have no way to protect my household. Also, my son and I are very avid hunters. My son can't keep guns at our house, and I have to count on my friends to be able to take him hunting for me, as my father can't take him either. My son and I love Archery as well. I attribute my good character to bow hunting. Since I've been old enough to shoot a bow, that's all I wanted to do. My Dad, my son and I love to get together and go bow hunting. Next to family, it was our true love. Now we can't do that until after we clear all punishments. We can't possess archery equipment while under Probations watch. My good name in the community has vanished. I will work hard at earning that back. Having to answer "yes" on job applications regarding Felony charges is something that I will never escape. That strikes me from ever obtaining a job with the State, Federal and most Corporations. I will have to invest every penny I have in trying to build a sustainable business so that I can provide for my family. I now have lost my right to vote, and in today's world, that is a big deal. I'm so afraid that our country has lost its good moral standing and I can no longer voice my concern through my right to vote. My health is another concern that has been punished through this. Since this started, I've lost 22 pounds, and my mind just isn't the same. I'm really afraid of losing my house. It will take all my savings to start the business that I'm interested in, and if it doesn't do well, I won't be able to pay for my home. When no money is coming in, it leaves the bank quickly. I have lost a lot of friendships and family through this ordeal. Due to my 100% cooperation with the Government through their investigation, I have made a lot of people mad. My mother in law hasn't spoken to my wife or me since May. Her son is involved in this as well, and she chose his side. Her son, my brother in law, hasn't spoken either, and he was like my brother for 20 years. My other best friend of 20 years isn't my best friend no more because his uncle was involved as well. Best friends are few and far between and I lost several due to my cooperation. My father being involved in this has taken a double toll on our family. I usually turn to him when I need advice through situations, but he and I either one couldn't console each other. It's been a terrible situation with my family. One of the hardest consequences is knowing that all this misfortune came on me because of nobody's fault but mine. I made a terrible decision.

Your Honor, I leave you in saying that I am terribly sorry for what I have done. Thank you for letting me share all the stuff that has been going through my head the last few months. Since the investigation has begun, I've made myself 100% available to the prosecution and assisted them daily. Having worked at the mine and being a vendor at the mine, I was able to provide clarity to ever situation I was asked of. Also, I have spent a lot of time and traveled a lot to speak to Banking representatives to help them understand Structuring. I have learned a lot in the last seven months. Most importantly, I've learned to

be more compassionate with people because we never know what they are going through. I promise you will be proud of me going forward.

Sincerely,

Stephen B. Herndon

October 17, 2014

Misha Herndon
PO Box 354
Holden, WV 25625

Reference Letter for Stephen Herndon

The Honorable Judge Johnston,

My name is Misha Herndon. I am a Surgical Assistant and currently work for Southern West Virginia Community and technical College as a clinical adjunct overseeing the Surgical Technology students in the Surgery setting. I am writing to you in regards to my husband, Stephen Herndon. I have been with Steve for almost 20 years and married for 14 years. Steve and I have two beautiful children that are our world, a 12 year old son and a 6 year old daughter.

Steve is one of the best men I have ever known. He is a very loving husband and an excellent father. He is very involved with our children and their hobby's. He is the type of person that would give you the shirt off his back. As an example, about a year ago, he got himself a new bow, and because our neighbor had an outdated one and couldn't afford a new one, Steve gave him his old one which was only a year old, of which he had over $2,000.00 invested in. Another thing is that we have a couple girls on our daughters cheer squad that were facing financial difficulties and Steve paid on their entry fees and also paid for extra activities for several children so they wouldn't be left out because their parents couldn't afford to do it. This is just a few things that my husband has generously done out of the kindness of his heart. I could go for days telling you what a great man my husband is.

I understand the charge my husband is facing. For the last seven months our lives have changed so much. Since May, I haven't spoken to my Mother or my Brother. My Brother is involved in this scheme as well. My Mother chose sides and unmercifully spoke very bad words about my husband and we know longer speak. It has made it very hard for me, as a working mother, to not have my mother's help. People in our community have always thought highly of the Herndon family because as far back as Steve's Grandfather, they have helped supply a lot of jobs in our county.

Our daughter is too young to understand what is going on, but our son is not so lucky. Us as parents have had to watch the hurt on his face as he has come home from school being questioned and hurt by fellow classmates. When I go to the store, or anywhere in our small town, I feel the stairs and hear the whispers that make us all just want to stay home. Our family has lost so much and I just pray that you will be lenient on my husband and see what a wonderful man he is. He has accepted responsibility for his crime and on so many levels tried to make it right. I pray daily that you will see what a great husband and father he is, and will allow him to be punished by Probation, so that he can continue repairing his life from the damage that is done.

Sincerely,

Misha Herndon
304-784-8132

EXHIBIT

2

Honorable Judge Johnston:

We, David and Wanda Herndon, are writing this letter concerning our son, Stephen B. Herndon. Our love and pride for him is like most any father and mother would have for their son. We have watched him through school, college and his life as a husband and father, and we are very proud of him. He is the father of our grandchildren, Chase and Jaycee, whom love their father more than we can describe, and they are his life. He has been a good husband to his wife, Misha, that he loves very much, and he has always been a good family man. His mother and I know that his wife and children mean the world to him and to separate them would be devastating. He has always been the best of dads that worked with them on their homework and then laid down with them until they fell asleep at night. That began when they were just babies, he has been a very involved father in his children's lives. His mother and I worry especially about his son at age 12, a very vulnerable age, not having his father there for a crucial period in his young life to help him make difficult decisions that preteen children have to make. Chase is at a point in his life where he needs his fathers guidance more now than any other time.

We have always been a close family with longstanding traditions that included my since deceased father and other multiple family members who would meet at our hunting cabin in Pocahontas County each year to hunt. I was blessed to spend many years with my dad before he died and have continued that tradition of gathering there with my sons and grandson of which we no longer have that privilege.

Stephen and myself, David Herndon, are very remorseful for our involvement in the Mt Laurel situation and are trying to shine our best light on it. He has already suffered a great loss by shutting down his business and living with a felon charge and starting over as a 37-year-old man with 30 more years to try and provide for his family.

Your Honor, we humbly as that you consider the good in Stephen's life over the bad decision he made and ask you please be lenient on behalf of his wife and children. And although we realize he made a mistake we as his aging parents who love our youngest son respectfully ask you not to separate him from his family.

Yours Respectfully,
David and Wanda Herndon
(mom and dad)


EXHIBIT
3



### Beth Haven Christian School
P.O. Box 620
Omar, WV 25638
Phone: 304-946-4447
Fax: 304-946-4447
www.bethhavenchristian.org

Principal: Regina Vance

Established 1978

September 30, 2014

Honorable Judge Johnston:

I am the principal of Beth Haven Christian School in Logan County, where I have been employed for 26 years. I have enrolled in BHCS the children of Stephen and Misha Herndon. Chase is in the seventh grade and Jaycee is in the first grade and both have been enrolled full time since kindergarten. Stephen has always been a very involved parent with both children, keeping the appropriate emphases on academics while encouraging extra-curricular activities. It addition to being a supportive parent Stephen has been very valuable to our overall programs at school. As a private school we receive no state or federal funding, tuition payments do not cover our operating expenses we depend heavily on the generosity of supporters like Stephen. When we needed a scoreboard for our gymnasium there was no funding available. As a small school, the fundraising efforts to raise the $5000.00 needed would have taken a few years. Stephen contacted the school and inquired about the need and through his work associates the complete amount was donated for the scoreboard. When we began our first soccer team a few years back, we needed 15 uniforms to get started. Again, Stephen and his work associates supplied the entire amount needed. We depend on our annual golf tournament to meet a large portion of our budget. Stephen has continually been one of our biggest supporters, helping to solicit sponsorship for the tournament as well as enlisting teams for participation. We began an archery program here two years ago. Stephen has been involved with this project on several different levels, through donations as well as direct involvement with the students. He has help coach students in the afterschool program as well as provided transportation to tournaments on a state, national, and world level. This family is very valuable to our school. Not only are his children benefited from his loyal involvement, but many students can attend Christian School because of the affordable low tuition resulting from the generosity and faithfulness of patrons such as Stephen Herndon.

I understand on some level the charges facing Mr. Herndon. I know for a fact that the effect of this charge on his children is completely disturbing to him and that he is very regretful of his wrong doing. His children have suffered already, dealing with the questions of classmates and the uncertainty of their father's future. I know that the punishment of seeing the hurt and concern in his childrens' faces is almost unbearable. I feel he is needed at home to be the strength that his family needs right now to continue to be the exemplary father that his children need. Please be lenient to him on behalf of his family, especially the children.

If you need for me to confirm any of the above, please do not hesitate to contact me.

Yours respectfully,

Regina Vance

Regina Vance

**EXHIBIT**
4

Joey Robinson
93 Sycamore Court
Chapmanville, WV 25508

Re: Stephen B. Herndon

The Honorable Judge Johnston,

My name is Joey Robinson. I am a Corporal in the WV State Police Executive Protection Detail. I currently reside in Chapmanville, WV. I am writing to you in regards to Stephen Herndon. I understand that he is being Sentenced on a Structuring charge. I have known Steve for approximately five years. I met him through friends that we have in common. It came as a surprise to me to find that Steve had participated in the conduct he is being charged with. I've always found him to be professional in his business and always helping others further their businesses. In fact, he and I have helped each other several times through the years.

Steve has always kept a clean name in the community. He and my wife grew up together and went through school together. I've always knew him to be of sound character and a responsible citizen. He is very family oriented and always participates in all of his children's sporting events and school functions. I find his conduct to be aberrant, and I see his remorse for such conduct. In my profession, I have seen a lot of criminals, and Steve definitely doesn't fit the description of one. I truly hope that the Court takes into consideration that the good Steve has done, and that this one time offense will not require imprisonment for rehabilitation. Not only would probation be beneficial to Steve's family, so he can continue to provide for them, but Steve will be more beneficial to society on Probation than he would incarcerated.

Once again Your Honor, I hope you see the goodness in the man before you and understand that the crime he committed is definitely out of character for him. I appreciate the time you put in to reading this letter.

Thanks,

Cpl. Joey Robinson
1-304-542-1652


EXHIBIT
5

Sept 30, 2014

RF2 Box 906
Omar, W.V. 25638

Dear Judge Johnson

My name is Randall D. Cox and I am a self-employed barber in Monaville of Logan County, W.Va.

I am writing in support of Mr. Steve Herndon whom I have known since he was a young boy. He has always been very quiet and respectable to all around him.

Having known him both personally and professionally I know him to be an honest person and an asset to the community.

I respectfully ask that you apply leniency in your decision and consider a judgement such as probation only since he is no threat to anyone.

Respectfully Yours

Randall D. Cox

EXHIBIT

6

Jackie Justice
991 Midway Road
Crab Orchard, WV  25827

September 24, 2014

The Honorable Judge Johnston,

My name is Jackie Justice. I am writing to you in regards to Stephen Herndon. I came to know Steve about six years ago through friends that we have in common. I also worked for Steve for two years. I understand the offense that Steve has committed is Structuring. Your Honor, let me assure you that this behavior is definitely out of character for Steve. He got caught up in something that I know he regrets ever doing. I talk to Steve often, and he is very remorseful for his actions and has experienced a lot of anxiety through the last months. He had an excellent name in his community and between the media and social media, he has paid a big price through embarrassment. He feels terrible for the humiliation that he has brought on to his family. Steve is the kind of guy that when we are at social functions, he won't even drink a beer. All his concern is his children and wife. He doesn't leave home without them. This has been a very traumatic experience for him, and I know that you will never see him again for criminal conduct.

Your Honor, I'm hoping that you consider allowing Steve to be punished by Probation. He is very useful in society and would be a waste in prison. My opinion is that prison is to rehabilitate criminals, and Steve doesn't need this. I feel like imprisonment, at times, can change people's demeanors and allow them to pick up thoughts or habits from already incarcerated criminals. In this case, imprisonment could have adverse reactions and make a good man bad. Steve is a job provider. I want to let you know some things Steve done for me that may allow you to understand his good character. He gave me a job when nobody else would give me a chance. I was at the lowest point of my life when he took me in and tried to help me. He gave me a vehicle to drive when I had no form of transportation. When I got in financial binds, he would help me out. While employed for Steve, I had a daughter born with significant health problems. Steve let me miss work to spend weeks at hospitals with the baby, and I never missed a payday. He and his wife gave me bags and bags of clothing for my baby and toys. I hope this helps you understand what a unique person Steve is. He done all of this for me, because I was his friend and in need of help. I will never forget him for this.

Once again, I'd like to reiterate that Steve is much more beneficial to society than he would be in prison. Not only has he helped me, but I've personally witnessed him helping many other people. I hope he receives mercy for all the good he has done, and for the simple fact that he will continue to help his area by providing jobs and helping the locals. The conduct that you are evaluating definitely doesn't represent the man you will be looking at. I appreciate the opportunity to write to you, and I appreciate you taking time out of your busy schedule to read my testimony about Steve. He is a good man.

Thanks,

Jackie Justice
1-304-890-9497



Benjamin M. Herndon
212 Lee Adkins Rd.
Chauncey, WV 25612

10-7-2014

Character reference for Stephen B. Herndon

The Honorable Judge Johnston

My name is Benjamin (Ben) Herndon and I am writing this letter on behalf of Stephen B. Herndon. I am a first cousin and friend of Steve that I have known since we were both small children. Steve lived two houses down from me in Chauncey and there is only a couple years difference in age between us. We grew up as close as brothers and we are often mistaken as brothers. The charge of "Structuring" is extremely out of character for Steve. When I first heard the charge against him, I thought to myself that this couldn't be true. He has expressed great remorse over this situation.

I strongly feel that Steve does not deserve any imprisonment. He is an outstanding person to everyone that knows him. He is honest and works hard to provide for his family. He has two children and a wife that depend on having him there for them. Steve and his wife are raising two well mannered children the way we were raised with love, respect, discipline, and everything else that loving parents have to do to bring them up the right way. Both children are active in school activities and sports which he is very proud of. He has provided me employment for the job I currently hold. He was my supervisor and is highly missed not only by me but other coworkers. I believe that he is beneficial to society by being their for anyone in need. He would give his shirt off his back to anyone. If someone is in need of anything Steve is there for them.

Steve is a good person that doesn't deserve imprisonment. Sometimes good people make decisions in life that are not always the best decision. I truly believe that this decision he made can only make him a better person and I don't believe that he would ever do it again. Steve has lived a clean life, he has never used drugs and he has never run around with the wrong crowd. He made good grades in school and went on to college and earned a degree. Since then he has worked to provide for his family. He has come from a close family that will always be there for him. I know this because I am part of this family and proud to be part of this family. Our grandparents and parents have brought us up with strong family values. Steve needs to be with his family to pass down those same values to his children. I am afraid that if he is unable to be there for his children it may have an impact on them. Like I have mentioned above Steve will help out anyone in need. I am humbly asking you to only give him probation so he can go on with his life and not let this bad decision change the path of not just his life but the lives of his children as well.

Thanking you.

Sincerely,

Benjamin M. Herndon
Warehouse Technician
212 Lee Adkins Rd.
Chauncey, WV 25612
Phone number: 304-946-2372


EXHIBIT

8

10/01/2014

Character reference for Stephen B. Herndon

The Honorable Judge Johnston,

My name is Hunter Podunavac. I am writing this letter on behalf of Stephen B. Herndon. I have known Steve since October 2008. In my experiences with him, he has proven to be honest and dependable, always there to help myself and others whenever needed. In saying this, I believe the charge placed on him is structuring, and the type of behavior that lead to this charge is out of character for Steve. Since then, he has expressed genuine remorse over the situation.

Please allow me to explain why I believe Steve should not receive imprisonment. Steve has a very good character and many positive traits. After working as a contractor for several years, Steve provided me with the opportunity to better myself by offering me a steadier job, even when the coal market wasn't at its best. To me, this highlighted his good nature. As my boss, he always pushed me to be a better employee. I personally wanted to do the best job I could for Steve to show my gratitude. Not only is Steve a great leader, he is also a great person outside the workplace as well. When my mother passed away, he was one of the first people who was there for me. I truly believe that Steve would be more beneficial to society than to be imprisoned. Steve is a family oriented man, always helping in his children's educational and extracurricular functions. He is the leader of his family, and he needs to remain head of the household to provide for his wife and kids.

In conclusion, I hope to reassure you of Steve's many sound values and character. He is a leader, a boss, and a family man. He has offered me kindness, understanding, and knowledge throughout the years. As previously stated, Steve has shown many signs of regret for his past behavior. I feel that I truly know the kind of person Steve really is, and his remorse is absolute. My contact details are as follows: (H) 304-688-9795 (C) 304-687-7780.

Thank you,

Hunter Podunavac
Warehouse Tech
214 Elmherst Drive
Logan, WV 25601

EXHIBIT
9

October 7, 2014

Crystal Bryant
PO Box 415
Verdunville, WV 25649

Re: Stephen Herndon

The Honorable Judge Johnston,

My name is Crystal Bryant. I currently work for Sheridan Healthcare, where I am employed as a Facility Administrator. I have held this position for five years. I have known Steve, and his wife Misha, for around 10 years. It came as a big surprise to learn that Steve had been charged with Structuring. However, I know from being around Steve and Misha since the charge, Steve is very remorseful and is extremely embarrassed over the situation. I'm confident that Steve will never put himself in any such position again.

I want to explain some of the examples of Steve's kindness. As a single mother, I am confronted with tough situations on a daily basis. Sometimes in my career, I am required to work odd hours, or weekends. Me being a single parent, it makes it hard to make sure my daughter is taken care of when I have to work these odd hours. Steve and Misha always step up and help me with my daughter. They have kept her on numerous occasions to help me get out of a bind. They allow her to come to their house to swim, play and do whatever she wants. I know she is in good hands at their house. Also, there have been times as a single mother that I have been in financial hardships. Steve has helped me financially on several occasions, without question. It truly bothers me to know that the good Steve does for people, but now needs the help of others. I pray your honor that mercy is awarded to Steve for the good he has done in his life.

In ending, I would like to comment on the type of family man that I know Steve is. His best friends are his wife and children. That is where his heart is and he spends all his spare time with them. He is highly involved with both his son and daughter, and it is reflected in their academics and their hobbies. Steve's son is a very successful hunter and a State Champion Archer. His daughter's cheer team won a National Championship this year. Steve would much better serve as a provider and leader at home than to receive any imprisonment. If you got the chance to know him, you would find that he is a great person, a great family man, and a great friend.

Thanks,

Crystal Bryant
(304)687-8574

EXHIBIT
10

David Hill II
1824 Big Ugly Creek
Harts, WV 25524

October 1 , 2014

Re; Stephen B. Herndon

The Honorable Judge Johnston,

My name is David Hill. I currently work for Stephen Herndon at American Electric, LLC. I have been an employee of Stephen's for around two years now. Through this two years, we have come to know each other very well. I am the shop foreman and Steve and I have daily communications. In situations like Steve is in, sometimes only the bad behavior a person committed is all that is seen by the Court. I appreciate the opportunity to possibly allow some stories that may exhibit the true character of Steve.

When I first met Steve, I had just begun going through a very tough part of my life. My wife and I started going through a divorce. I was out of work, and couldn't find a job. I was losing my wife, and for the most part, losing my everyday life with my children. This was emotionally the worst part of my life. There was even a time that I had to seek additional help to be able to cope with the stress and emotional distress I was dealing with. But through this time, Steve stuck with me and helped me get through it. Here is what Steve done for me; 1) He provided me a job, with great pay. During this emotional situation I was in, he allowed me to miss work for weeks to get the help I needed. Not only did he let me miss, he also paid me as though I never missed a day. 2)Through my ups and downs, there have been times that I didn't have reliable transportation, and Steve let me drive shop trucks and even bought a truck for me to drive. 3) At one point, I found myself without a place to live. Steve found me a nice place to live and paid my rent for over a year until I could get back on my feet. 4) During some financial hardships, Steve always took care of me and made sure I was taken care of.

I hope these facts will allow you to consider giving Steve a favorable sentence. It demonstrates what a caring and generous person Steve is. I'm hoping that he receives probation simply because we need him around to keep the business going. He and I both have family's that need us to provide for them. He is definitely not your typical felon. He is great to all people around him, and will do whatever he can to help somebody better themselves. His criminal behavior was definitely out of the ordinary for him, and he is a definite asset to the community. If you would like to verify these facts ive provided, or have any other questions about Steve, feel free to contact me.

Thanks, David Hill II

David Hill II (304)928-1804

EXHIBIT

11

James "Diddy" Podunavac
Route 2, Box 52
Chapmanville WV 25508

October 1, 2014

Re: Character Reference for Stephen B. Herndon

To: The Honorable Judge Johnston

My name is James "Diddy" Podunavac. I have been employed for Arch Coal for 23 years. Within that time frame, I have held positions in the warehouse, purchasing, and management. It is during this time that I first met Steve and it has been an honor to call him my friend for the past ten years. I am writing this letter being fully aware of the structuring charge against Steve. I have spent considerable amounts of time with Steve and his family and this came as a huge surprise to me. In my eyes, Steve is a very honorable, dependable, trustworthy, and loyal person which makes this behavior completely out of character for him. I know in the past few weeks he has expressed great remorse in his actions and regrets any and all harm this has caused everyone around him.

During our friendship, I have grown to know Steve and his family very well. Steve and I were both blessed with two children; we both have a son and a daughter. We often have conversations and compare the children so I have had a special interest in watching their development as children and young adults. I have had the privilege to watch as Steve has developed a very special bond with both children. He is one of the most caring dependable fathers that I have ever seen. He takes interest in any and all hobbies and activities in which they express interest. Not only does he provide them with the supplies and tools needed but he also provides constructive criticism, as well as moral support. A good example of this was one time I watched a video of Steve and his son hunting together. Unfortunately, Steve's son Chase had an opportunity to take a nice deer but had a little mishap. I listened and watched the video as Steve very calmly provided words of wisdom and confidence building instead of getting upset and destroying the confidence of a young hunter. This was very impressive to me and it was at this time, I knew Steve had a very special relationship with his son. I am sure his daughter gets the same encouragement. It is reasons like this that I believe Steve should receive a punishment of probation instead of being imprisoned. He is an asset to his family and friends and I think he could prove himself if given a chance.

In closing, I would like to say that Steve is truly one of the nice guys. He is a great father, husband, son, and most importantly, he is truly a friend. In my 46 years on this earth I have encountered a very few people that I consider to fit that description but I truly feel in my heart this describes my friend.

Sincerely,

James "Diddy" Podunavac
Warehouse Manager, Arch Coal, Inc.
Phone – 304-688-3882


EXHIBIT
12

SOUTHERN SPORTING GOODS, INC. DBA
DAN & DAVE'S SPORTING GOODS
316 MAIN STREET
LOGAN, WV 25601

September 29, 2014

The Honorable Judge Johnston
United States District Court
Federal Court House
Charleston, WV 25305

Re: Steve Herndon

Your Honor,

I am writing this letter as a character reference for Steve Herdon. I have been a nieghbor of Steve for over 4 years.

I have always known Steve to be of good character and kind. He always offers to help those in our nieghborhood with chores. He has offered the use of his mowers and equipment to any neighbors.

When he had an excavator to do work on his property, he cut the weeds behind my property and my elderly father's so we wouldn't have to trim them. Steve always takes the time to talk to my father even when he has been interrupted from a job.

In closing, I would ask that you take into consideration the asset Steve has been to our nieghborhood as well as the community and find it in yourself to show mercy as you review his case. Thank you in advance for your consideration and feel free to contact me if you would like to discuss or question me concerning Steve.

Sincerely,

Mike Stone
President
Dan & Dave's Sporting Goods
304-752-7173 (work)
304-687-1199 (cell)

EXHIBIT
13

Dear Judge Johnston,

I am writing you because I wanted to inform you of someone who has been put on the spotlight as a criminal. I wanted to share with you how I know this person and my opinion of the situation. Stephen B. Herndon has been a very close friend of mine throughout my entire life. He use to drive me around when I was younger and take me to martial arts classes, played basketball with me, etc. I've known him very well on a personal and business level. It's not common for people who grow up in Logan County, WV to go to college and choose to stay in Logan with opportunities outside available. I'm currently a business consultant for an international based corporation based in Nashville, TN and I work directly with each business owner on financial, software's and operational issues. I fly all over the country weekly and see all types of owners. Saying that, I know the risks and the rewards to being a business owner. I have owned 5 businesses myself in three states and have seen my fair share of corrupt and irresponsible owners. Stephen (Steve) is not one of these types of people. He has an innate loyalty to his home town and cares a great deal about Logan County, WV. My mother has been a Christian school principal there for over 25 years and has been assisted with fundraising, sponsorships and reputation by Steve. He has found donors for specific needed items the school has requested, assisted in organizing and participating in golf tournaments benefitting the school and has been actively involved in supporting Christian education with sending his children there and being active in helping in any way they need. Steve has been a role model for so many people in the area by leading by example. He has been a great husband to his high school sweetheart, raised a beautiful family that demonstrates a sincerity towards others who have less, encourages others to be responsible and compassionate, and has a direct passion to provide jobs for people who desires to work.

I say this with the notion that as someone who has been respected by his community, active in promoting education, small business and who genuinely is a pleasure to exchange communication with, it breaks my heart to see this person be placed in a spotlight as a criminal and deemed as a dirty person by everyone through the channels of social media. Someone like this is only noticed by people when there's nothing left to lose. It's disgusting to think of the perception everyone has placed on this family. His wife is an innocent person who is well-educated, professional and very sincere, but to imagine the way she must feel when trying to go about her normal day and buy groceries, take her kids to events, etc. saddens me as well. This type of punishment lasts much longer than any pending charges could ever possibly bring. I have never written one of these letters but I feel compelled to have my freedom of voice be heard. Intentions, motives, sincerity and passion are all placed aside and an invisible sign saying "dirty criminal" is being placed on a family it does not deserve to be placed on. I'm requesting that you consider the vantage point of their situation. I see all sides and am consciously competent of the consequential spiral they're facing. No matter what form of punishment is chosen for Steve, I feel that what his family, business and reputation has already suffered (and will suffer moving forward) is beyond punishment enough. I've learned so much from Steve and have always considered him a major influence in my life. There have been so many people who have been positively affected by his actions, character and his passion for being a great role model for the community. I fear that people are scrutinizing him and his family to such an undeserving point that solutions and consequences will be placed without the consideration of the punishment and consequences that are already being in place with what I illustrated already.

Please accept this letter as someone who does not have any myopic position in this situation and consider the person who is, has and will be suffering by everyone he has cared about. Thank you so much for your time and future consideration.

Respectfully,
Randal S. Vance
615.601.6443



EXHIBIT
14

Anthony Page
100 Charles St.
Logan, WV 25601

September 29, 2014

RE: Case re: Mr. David Herndon Sr. & Steve B Herndon.

Dear Judge Johnston:

My name is Anthony L Page Sr. and I would like to take a moment of your time (if you will) to speak of the character on the behalf of Mr. Dave Herndon & Steve B Herndon. As a means to hopefully help you better understand who I am, I have enclosed a letter written to a judge in Ohio from a friend and former public defender, speaking on my behalf as I was nearing the end of a two year struggle to gain custody of my two children. The end result was I won custody of them shortly thereafter. I decided that my kids and I would have a better opportunity in our struggle if I returned to my home town of Logan, WV and that's what I done September 1, 2010... After struggling to find employment, with the help of some friends I was able to finally attend an underground and surface mining class at Southern West Virginia Community College in Logan, WV... Shortly after the completion of these classes I was able to land a job with Mac Mine Service, which was owned and operated by Mr. Dave Herndon... Even with my background troubles Mr. Herndon did not hesitate to give me a chance to prove my worth... Upon arrival of the job site is when I met Mr. Steve Herndon who was the immediate supervisor at the time...

It is my believe that because these people knew my struggle as a single father attempting to build a better life for my children and I that they welcomed me with open arms and went above and beyond to help me establish myself back into the community.. Judge Johnston for what it may be worth I want you to know that I am also the older brother of Landau Eugene Murphy Jr. I mentioned that because I want you to know that when he was in Hollywood performing on the show it was Dave & Steve Herndon that gave me the week off with pay and helped my children and I with the ability to fly to Hollywood to be there to support him. These two men are excellent fathers and both of them are very much needed in the community. Like me they did choose to make some not so wise decisions. However, I know these men and I know their hearts. I know this because 4 years ago they reached out a helping hand to me and my children. Judge Johnston: I want you to know that because of the direct help of these men and a few other friends, four years after my arrival back home I have a 15 year old daughter in the 10th grade with a 3.93 GPA. A nine year old 4th grade son who excels very well in school and has acquired a host of friends who he plays sports with. I work at Logan Motorcycle Sales in Logan WV and I also own my own car wash and three rental properties. People like these men were very much instrumental in helping me maintain my focus so that I could attain most of my goals. This isn't about me Judge Johnston: However, I wanted to share my story with you so that you can hear it straight from a man who ruined his life at 21 and now at 43 is doing well and living the correct way. I do understand that we must face consequences for our actions but it is my hope that you take into consideration the truthful, honest story about who these two men are and you leave them with the ability to continue to provide for their families, because that is what they both do.



EXHIBIT
15

If there is any means of help that I can provide do not hesitate to call me. Please and thank you. Anthony L Page....

Home: 304 928 1023
Work: 304 752 4145

Cell: 614 561 4789...

# FEDERAL PUBLIC DEFENDER
## SOUTHERN DISTRICT OF WEST VIRGINIA

ROOM 3400 UNITED STATES COURTHOUSE
300 VIRGINIA STREET EAST
CHARLESTON, WEST VIRGINIA 25301-2523
(304) 347-3350
FAX (304) 347-3356

FEDERAL PUBLIC DEFENDER
MARY LOU NEWBERGER

Appellate Counsel
JONATHAN D. BYRNE

ASSISTANT FEDERAL PUBLIC DEFENDERS
EDWARD H. WEIS
GEORGE H. LANCASTER, JR.
DAVID R. BUNGARD
LEX A. COLEMAN
CHRISTIAN M. CAPECE

May 14, 2009

Magistrate Kirby
5th Floor
375 South High Street
Columbus, OH 43215

RE: Case re: Bouphasa Casiano & Anthony Page Children

Dear Magistrate Kirby:

When Anthony Page was 21 years old he was charged here in federal court with possession with intent to distribute crack cocaine. I represented him on those charges, and Anthony has been gracious enough to maintain contact with me and this office over the years, even though I failed to get him acquitted. He has given me permission to discuss that prior case in this letter. In addition to that, however, I want to take this opportunity to once again speak on his behalf, fortunately under better circumstances than the last time I addressed a judicial officer about him.

First, some background. Anthony was raised primarily by his grandmother who stepped in on his behalf, and who believed it was better for him, and his physical safety as a very small child, if he lived with her. At Logan High School he was a very good basketball player, and stayed out of trouble, generally. But after graduation he was not able to attend college, and jobs were scarce in Logan County, West Virginia.

In what was the worst decision he made (and he readily acknowledges it) he began selling crack cocaine. He was young, it put money in his pocket, he had women paying him lots of attention – all those aspects that made it seem like it was a good idea after all. And then he was arrested. He was the first person to be arrested by the federal authorities in an area known as Cora Alley – although soon the floodgates opened and many people were arrested from that incredibly poor area of Logan County. At the time of his arrest, the Government approached Anthony, offered him a plea agreement, but it required that he cooperate against other people, that is, to become a snitch. Anthony turned them down, knowing that

if we went to trial he would face a mandatory minimum mandatory sentence of 5 years. The judge would have no statutory authority to deviate below that sentence. Anthony refused the deal, and always refused to tell me why, although my belief then and now is that he perceived himself as the strongest of all of them (for one thing, they were all users and he was not) and he was not going to take advantage of folks he perceived as weaker. We went to trial, he was convicted and he received a 63-month sentence.

Anthony reminded me recently of something I said to him then, that stuck with him: "You are too smart to be doing this." He heard that, and he decided to stop making dumb choices. Likewise, I remember something he told me then: "I will never go back to jail". – and of all those guys from Cora Alley who were prosecuted, he is the only one whose post-incarceration supervision was never revoked and who has never incurred another charge. I use him as an example to judges, who too often see only the failures in the criminal legal system, to let them know that there are folks who do "straighten up," who go on to do the right things, and who they [fortunately] never hear from again.

During his incarceration Anthony played on a prison basketball team, and they played some small local colleges in Kentucky, where he was serving his sentence. There were some approaches/discussions about him playing basketball for one of those schools after he completed his sentence, and he called me to discuss that possibility. Ultimately he decided that he was 26, going on 27, and he needed to take care of his grandmother, who by then had relocated to Columbus.

And that is what he did. He got out of prison and got jobs. He has worked steadily and responsibly for the 15 years since his release. He has taken care of his grandmother and then his family. He has taken responsibility for Maurice, understanding the difference between a legal responsibility and a moral obligation to protect a child, as his grandmother protected him. Throughout the years, if a problem came up, Anthony would call me: some student loans that had gone into default while he was in prison (so he received no notice) were impacting his credit; some old traffic charges in Logan County kept showing up. In every instance Anthony wanted to handle the matter the same way: responsibly, and straight forward: "What do I need to do to take care of this."

That leads me to these proceedings before you. Since this incident with his children happened Anthony has called me consistently. Sometimes it is to ask what he should do, or how to handle something; sometimes it is so I can explain the legal process/proceedings (his only point of reference is federal court in a rural area), and sometimes it is just so he can vent his frustrations. One thing that is apparent in all our conversations, he loves all three of these kids, he wants them to be safe and in environment where they feel secure and can therefore do well in school and in their community. He is "paying it forward" – he is repaying his grandmother for how she protected him, and cared for and loved

him, by doing the same for his two children, and for Maurice, whom he could not love more if he were Anthony's child.

Far too often I see the results of what happens when kids do not have anyone paying attention to what is going on with them; who haven't been protected from physical or emotional abuse, or from neglect. I admire that Anthony understands the potential for his kids to have bigger problems later if they are not protected, if someone doesn't have clear expectations of educational achievement and behavior. Consistently with his own behavior since he was released from prison so many years ago, and consistent with his promise to himself and me, he will do the right and responsible thing for these kids.

If I can answer any questions, please do not hesitate to call me.

Sincerely,

Mary Lou Newberger
Federal Public Defender

MLN/lb

Fred and Jackie Runyon

P.O. Box 288

Verdunville, WV 25649

The Honorable Judge Thomas E. Johnson

Character Reference for Stephen Herndon

Your Honor,

We are writing this letter in the hopes that it will help you to see what kind of person Stephen Herndon is, despite the transgressions that led us all to this point.

We have known Stephen as a husband to my niece for over 15 years, and in that time we have seen many aspects of Stephen's personality. We have always found him to be extremely kind, dependable, and well regarded among his family and peers. Stephen is very active father and is involved in his children's education sending them to Christian School and following his children to sporting events and participating in the events as well as a mentor.

The transgression of structuring a bank withdrawal to evade federal transaction-reporting requirement should not be the only factor you look at in this case. We hope you will also consider Stephen's efforts in his strong commitment to family and community.

We can tell you without a doubt that Stephen is incredibly remorseful for what he has done. Stephen was caught up in situation wherein he had to pay to play to receive business contracts with Mt. Laurel Mining. Stephen continues to express his remorse, and we believe it has been reflected in his efforts to make amends to the victims and to the court. It was a poor decision, but Stephen deserves a second chance. I hope you will be willing to take into consideration he is not a threat, and his family and community will not be better off by having him incarcerated.

Sincerely,

Fred and Jackie Runyon

EXHIBIT

16

Raymond D Fillinger

PO Box 80

Verdunville, WV 25649


To whom it may concern:

I am writing this letter on behalf of my friend Steve Herndon.

I am proud to say he has been a friend of mine for several years and became so,

partly due to his compassion to help others, as he has helped my

family and I, different times, especially during the 2012 flood on Mudfork.

He is a fine family man, trustworthy, and honest, showing in his great

personality and daily living.

Being human as we all are, it appears  Steve has made a mistake. Should a man's

life and family be destroyed by one mistake ?

Steve is not a criminal and I am positive if he knew it was breaking the law he

would not have done what he is charged with.

I hope and pray you can find  leniency when sentencing him


Respectfully

Raymond D Ding

1



To The Honarable Judge Johnston

My name is David Vance and I have resided in the same community with Steve Herndon and his parents. I have been accuainted with Steve since his childhood, and I have never seen or heard of Steve doing anything out of place. I have never known him to drink alcohol , drug's or anything mischeivious. Steve finished high scool an attended college. Steve has a wife and two small children that he takes pride in. He always attends community and school functions, he is very devoted to his family. I have always known Steve to contribute and support the local business and schools, especially the small christian school that his children attend.

I am writing in reguards to Steve and I am aware of the offense that is before him. I would like to state for the record that this action on his part does not in any way shape or form reflect the character and nature of Steve ( Stevie) Herndon. He is a devoted loving father, friend, mentor, and husband. I have always known steve to go to no limits to help someone in need. He never turns his back on anyone that needs his help or support. His kindness has never known any boundaries when it comes to his family, community, employees and such.

Your honor I really feel like if given a second chance to make different decisions, I know without a doubt, Steve would do things differently. I ask that you please consider theses things when making a decision. Steve is a useful pillar in this small community.

One last note, just to give an example, Steve has always been very helpful to me and my struggling machine shop business. In the hardest of times, steve has been there to help me. Giving me endless use of his shop, tools etc, so that I could complete small jobs to keep my business from crumbling. He has always been there for me, like he is for most of the community. If you ask any given, random person about him, they would tell you the same as I have.

Thank you your honor for taking the time to read this letter.

Sincerely,

David Vance
304-946-4298



EXHIBIT
18

October 1, 2014

The Honorable Judge Johnston,

My name is Shanna Porter. I am a self-employed cosmetologist at American Beauty Salon in Logan, West Virginia. I have been a Christian for 18 years and I attend Whitman Freewill Baptist Church.

My family and I have resided in Holden, West Virginia for the past 12 years. For the last six of those years, we have had the pleasure of having the Herndon family, Steve, his lovely wife, Misha, and their two beautiful children, Chase and Jaycee, as our next door neighbors.

Steve Herndon is one of the nicest, kindest, and most thoughtful men I have ever met. He is always willing to volunteer his time and efforts to our community. Steve will lend a helping hand to anyone who needs it.

Over the years, we have become great friends with Steve and his family. Steve is a devoted husband and a hands on father. In my opinion, he is the ideal family man. Whether it be fishing and playing ball with his son, or taking his daughter to cheer practice or gymnastics, he is always there for them.

I am thankful to have a neighbor like Steve Herndon, but more importantly, blessed to have him and his wonderful family as our dear friends.

Sincerely,

Shanna Porter
304-239-3377

EXHIBIT
19

October 7, 2014

Ricky Workman
391 Palmer Avenue
Logan, WV 25601

Re: Stephen Herndon

The Honorable Judge Johnston,

I am writing to you in regards to Steve Herndon. My name is Rick Workman. I reside in Logan, West Virginia. I currently work for Patriot Coal at their Hobet Mine, as an equipment operator. I understand that Steve has been charged with a Structuring charge. I also know that Steve is extremely remorseful and sorry for the crime he committed. I met Steve approximately 30 years ago, as he was a child taking Karate lessons. I was also attending Karate classes at the same time. At this time, Steve was a child and I was an adult. Some30 years later, Steve and I are still friends. Our families often times get together and have cook outs and enjoy hours of fun together.

One thing I would like to mention about Steve is that he is a loyal friend and an extremely loving family man. He loves his wife and children and includes them in all that he does. I regularly exchange conversation with Steve about all the politics of today's administration and the future of our coal industry. We both share common views in that we are excited about the day that a Republican president takes over and our business climate improves in the coal industry. But also, not only an improvement in the coal industry, but also a moral change in our country. Steve's character can be seen in these very views that I mentioned. We want our area to survive and thrive, and Steve is a job provider. Steve also is a strong believer in living with good morals, as can be seen in his children. He has enrolled both of his children in a local Christian School, to instill good morals in them and to provide them with a Christian based education.

I truly hope that you are impressed with the good that Steve has done in your review of his personal character. I know he contributes to area athletics, area schools, area churches, the local Christian school, and just about any youth program that needs help. I hope that you find his good qualities, good name, his donations for the youth, donations to civic groups, his devotion to his wife and children, his time invested in his community and helping others, and his help to society, I hope you find this reason to allow him mercy and keep him in the environment that he is in so he can continue to provide for his family and to guide his kids to the best they can be.

Thanks,

Rick Workman

Rick Workman
304-752-3316

EXHIBIT
20
exhibit