UNITED STATES PROBATION OFFICE
SOUTHERN DISTRICT OF WEST VIRGINIA

KEITH E. ZUTAUT
CHIEF PROBATION OFFICER

J. ALEXANDER ALVAREZ
DEPUTY CHIEF PROBATION OFFICER

ELIZABETH KEY FEDERAL BUILDING
601 FEDERAL STREET
ROOM 3302
BLUEFIELD, WV 24701
PHONE: 304-327-6134
FAX: 304-325-5196



September 15, 2015

Dear Stephen Herndon:

I am pleased to inform you that you have met the criteria for placement in this district's low-intensity supervision caseload effective 09/15/2015. Criteria for placement in this caseload are strict, and you should be proud of this accomplishment.

Your new officer is Sr. USPO Brett Taylor. His contact information is listed above.

Some things you need to be aware of:

(1) You are still on supervision and subject to an office visit or home visit if the need arises. A home visit is required every time you change residences.
(2) You can be tested for the use of illegal drugs at any time.
(3) You will need to submit an electronic monthly supervision report using the (ERS) Electronic Reporting System (directions attached) along with any documentation to verify progress toward satisfaction of Court ordered requirements. This includes verification of employment (pay stubs) and copies of payments toward financial obligations.

Please note, the U.S. Probation Office uses the Electronic Reporting System as the primary means of supervision in your case. Reporting in person should not normally be required. If for some reason you are unable to use the ERS, a written monthly report form may be substituted, but it is strongly discouraged.

As long as you comply with these requirements and meet other criteria outlined below, you will remain on the low-intensity supervision caseload.

Some things which can cause your return to more intensive supervision include: loss of employment for over 90 days, frequent changes in residence, a positive drug screen without a valid prescription, any new arrest other than for a minor traffic offense, failure to pay court ordered monetary obligations in accordance with an approved plan, and failure to submit monthly supervision reports on time.

Any travel requests should be submitted two weeks in advance on the form attached to this letter. Should emergency travel be required, you are required to call Sr. USPO Taylor and explain the circumstances.

I hope that you continue to exhibit the cooperation and compliance you have shown thus far on supervision and again congratulate you on your success. Please forward all questions to Sr. USPO Taylor.

Sincerely,